# UNITED STATES BANKRUPTCY COURT

In re  Michael John
      Debtor

Case No.  13-34568

Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __160.00__   Check one   ☐ With the filing of the petition, or
             ☒ On or before __9-13-13__

$ __121.00__   on or before __10-9-13__

$ _____   on or before _____

$ _____   on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

J. Cox    *Jacqueline P. Cox*

Date: __9-5-13__

*United States Bankruptcy Judge*